

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Cecilia  Reyes v. Solution Haus Group LLC

Appellate case number:   01-20-00740-CV

Trial court case number:  1158863

Trial court:                      County Civil Court at Law No. 1 of Harris County

The clerk's record was filed at no cost to appellant, indicates appellate is indigent, and contains a Statement of Inability to Afford Costs on Appeal.  The court reporter advised this court that appellant had not requested the filing of the reporter's record. This court advised appellant that the reporter's record had not been filed because appellant failed to request it or failed to make payment arrangements.

A party who files a statement of inability in the trial court cannot be required to pay costs and fees on appeal except by order of the trial court or this court. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(b). The record contains no order requiring appellant to pay costs and therefore, appellant is entitled to appeal without payment of costs.

Appellant is not responsible for payment for the reporter's record, but she must request the preparation and filing of the reporter's record. Accordingly, appellant must request the preparation of the record and advise this Court of her request **within 10 days of the date of this order**. The court reporter must file the reporter's record in this Court **within 30 days of the date of appellant's request** for the record.

If appellant does not timely request the reporter's record, the court may require appellant to file a brief without the benefit of the reporter's record.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually

Date:  March 30, 2021